UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TRACY BRUNJES** | : | **CIVIL ACTION NO.:** |
|    Plaintiff | : | |
| | : | 3:14-CV-00400 (CSH) |
| v. | : | |
| | : | |
| **NEW ENGLAND CONSULTING** | : | |
| **GROUP, INC.** | : | |
|    Defendant | : | **APRIL 29, 2014** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the Local Rules for the District of Connecticut, Plaintiff Tracy Brunjes hereby consents to the dismissal of all of her claims. Said dismissal is with prejudice and without the imposition of any costs or fees by the Court.

                            Plaintiff, Tracy Brunjes

                            By:     //s// William G. Madsen
                                 William G. Madsen (ct09853)
                                 Madsen, Prestley & Parenteau, LLC
                                 402 Asylum Street, Hartford, CT 06103
                                 Tel.: (860) 246-2466   Fax: (860) 246-1794
                                 wmadsen@mppjustice.com
                                 Attorney for Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that on the 29th day of April, 2014 a copy of the foregoing Notice was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                               //s// William G. Madsen
                               William G. Madsen